IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00811-PAB-MEH

CARIN FAUST,

     Plaintiff,

v.

TOWN OF BRECKENRIDGE,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2010.**

     Plaintiff's unopposed Motion to Reschedule Settlement Conference [filed September 14, 2010; docket #19] is **granted**. The Settlement Conference set for September 29, 2010, is hereby **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **September 22, 2010**, to reschedule.